IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DARRIAN INGRAM                                                                                    PLAINTIFF

VS.                                                           CIVIL ACTION NO.: 3:15-cv-00601-CWR-FKB

OASIS HEALTH AND REHAB
OF YAZOO CITY, LLC                                                                               DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the *Joint Motion to Dismiss With Prejudice* of Plaintiff Darrian Ingram and Defendant Oasis Health & Rehab of Yazoo City, LLC (erroneously referred to as "Oasis Health and Rehab of Yazoo City, LLC") (hereinafter collectively "the Parties") and the Court, having considered the same, and otherwise being fully advised in the premises, finds that said motion is well taken and should be **GRANTED**.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Parties' *Joint Motion to Dismiss With Prejudice* is hereby **GRANTED**, and that the Complaint filed by Plaintiff against Defendant Oasis Health & Rehab of Yazoo City, LLC as well as all claims asserted and which could have been asserted in the premises by Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs and attorneys' fees.

**SO ORDERED AND ADJUDGED**, this the 30th day of November, 2016.

s/Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

**AGREED TO:**


s/ Levi Boone, III
LEVI BOONE, III (MSB #3686)
ATTORNEY FOR PLAINTIFF


s/ Jason P. Varnado
EUGENE R. NAYLOR (MSB #3757)
JASON P. VARNADO (MSB #103839)
ATTORNEYS FOR DEFENDANT